**Order entered August 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00573-CV

### ROBERT E. MARZETT, Appellant

### V.

### STEVE MCCRAW, JAMES SHOEMAKER, WARREN MIKE YARBOROUGH, GREG WILLIS, COLLIN COUNTY AND TERRY BOX, Appellees

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-03962-2013**

## ORDER

We **GRANT** appellant's August 21, 2015 motion to exceed the word limit. The motion

for rehearing en banc tendered August 21, 2015 is **ORDERED** filed as of the date of this order.

/s/    MOLLY FRANCIS
        JUSTICE